**FILED**
March 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )     Case No. CR.S-08-0145-FCD
        Plaintiff,              )
v.                              )     ORDER FOR RELEASE OF
                                )     PERSON IN CUSTODY
MAISHA PEARL JONES,             )
                                )
        Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MAISHA PEARL JONES, Case No. CR.S-08-0145-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____  Release on Personal Recognizance

  X   Bail Posted in the Sum of: $25,000.00.

   X    Unsecured Appearance Bond

   ___  Appearance Bond with Surety

   X    (Other) Conditions as stated on the record.

   ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/31/08  at 3:35 pm

By  /s/ Edmund F. Brennan
    Edmund F. Brennan
    United States Magistrate Judge