**FILED**

March 31, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>            Plaintiff,                           )<br>v.                                                       )<br>                                                            )<br>MAISHA PEARL JONES,                  )<br>                                                            )<br>            Defendant.                       ) | Case No. CR.S-08-0145-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MAISHA PEARL JONES, Case No. CR.S-08-0145-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $25,000.00.

    __X__ Unsecured Appearance Bond

    _____ Appearance Bond with Surety

    __X__ (Other) Conditions as stated on the record.

    _____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _03/31/08_ at _3:35 pm_

By _____
Edmund F. Brennan
United States Magistrate Judge