SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MAISHA PEARL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-08-0145 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CHANGE-OF-PLEA AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| MAISHA PEARL JONES, | ) | DATE: April 6, 2009 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | COURT: Hon. Frank C. Damrell, Jr. |

The parties, through undersigned counsel, stipulate that the change of plea, of defendant Maisha Pearl Jones, scheduled for April 6, 2009, may be continued to April 17, 2009, at 9:30 a.m. On April 6, 2009, defense counsel for Maisha Jones will in a jury trial in state court in the matter of the People v. Montell Deshay, et. al., (California Superior Court, County of Sacramento, case no. 08F00779, Department 26, Honorable Peter Merging, Judge) and will be unable to attend the change of plea now scheduled for that same date. It is important that counsel for defendant be present when she enters her change-of-plea in order to provide her assistance and advice of counsel. So, the parties also agree that time may be excluded through April 17, 2009, under the Speedy Trial Act for defense counsel

1

preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4.

The prosecutor has authorized the defense counsel for Maisha Jones to sign this stipulation on his behalf.

DATED: April 2, 2009            LAWRENCE G. BROWN
Acting United States Attorney

by    /s/ Scott Cameron, for
Russell Carlberg
Assistant U.S. Attorney

DATED: April 2, 2009
by    /s/ Scott Cameron
Scott Cameron
Counsel for Maisha Jones

**ORDER**

Good cause appearing,

The change of plea of Maisha Jones, scheduled for April 6, 2009, is continued to April 17, 2009, at 9:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation through and including April 17, 2009.

**IT IS SO ORDERED.**

DATED: April 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE