1   Scott N. Cameron (SBN 226605)
    Attorney at Law
2   1007 7th Street, Suite 319
    Sacramento, CA 95814
3   Telephone: 916-442-5230

4   Attorney for:
    MAISHA JONES

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      ) CASE NO.  CR. S-08-0145 FCD
                                   )
11                  Plaintiff,     ) STIPULATION AND ORDER CONTINUING
                                   ) SENTENCING HEARING
12        v.                       )
                                   )
13  MAISHA JONES,                  ) DATE:   July 13, 2009
                                   ) TIME:   10:00 a.m.
14                  Defendant.     ) COURT:  Hon. Frank C. Damrell, Jr.
    _____)

15

16                          Stipulation

17        The parties, through undersigned counsel, stipulate that the

18  judgement and sentencing hearing scheduled for July 13, 2009, may be

19  continued to July 27, 2009, at 10:00 a.m.

20        On June 17, 2009, Scott N. Cameron, the attorney for MAISHA

21  JONES, delivered an informal objection to the Probation Officer

22  contesting the calculation of the amount of loss.  The Probation

23  Officer is presently attending work-related training, out-of-state,

24  and will not return from training until June 26, 2009.  The final

25  presentence report is due June 29, 2009.  Defense counsel would like

26  an opportunity to discuss the matter with the Probation Officer and

27  to review the discovery with him on this issue.  Three days is not

28  sufficient to accomplish informal resolution of this matter.  The

                                   1

1  government has no objection to allowing the defense adequate time to

2  review the matter with the Probation Officer.  Accordingly, the

3  parties stipulate that the sentencing hearing currently set for July

4  13, 2009 be vacated and reset for July 27, 2009, at 10:00 a.m..

5      It is further stipulated that the date for the Pre-Sentence

6  Report to be filed with the court may be extended to July 13, 2009,

7  and the date for a Motion for Correction of the Pre-Sentence Report

8  to be served and filed may be extended to July 20, 2009.

9      The prosecutor has authorized defense counsel to sign this

10  stipulation on his behalf.

11  DATED: June 22, 2009              LAWRENCE G. BROWN
                                      Acting United States Attorney

12

13                            by    /s/ Scott Cameron for
                                    Russell Carlberg
14                                  Assistant U.S. Attorney

15  DATED: June 22, 2009
                              by    /s/ Scott N. Cameron
16                                  Scott N. Cameron
                                    Counsel for Maisha Jones

17

18                                 **ORDER**

19      Good cause appearing,

20      The sentencing hearing scheduled for July 13, 2009, is

21  continued to July 27, 2009, at 10:00 a.m.  The date for the Pre-

22  Sentence Report to be filed with the court is extended to July 13,

23  2009, and the date for a Motion for Correction of the Pre-Sentence

24  Report to be served and filed is extended to July 20, 2009.

25      IT IS SO ORDERED.

26  DATED: June 23, 2009

27                                  _____
                                    FRANK C. DAMRELL, JR.
28                                  UNITED STATES DISTRICT JUDGE

2