Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
MAISHA JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAISHA JONES,<br><br>    Defendant. | CASE NO.  CR S-08-0145 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>SENTENCING HEARING<br><br>DATE:   July 27, 2009<br>TIME:   10:00 a.m.<br>COURT:  Hon. Frank C. Damrell, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for July 27, 2009, may be continued to August 10, 2009, at 10:00 a.m.

Scott N. Cameron, attorney for MAISHA JONES, is presently in jury trial in state court (People v. Dramaine Fletcher, et. al., Sacramento County Superior Court, Case No. 08F09282) and will still be in trial on July 27, 2009.  Accordingly, the parties stipulate that the sentencing hearing currently set for July 27, 2009, be vacated and reset for August 10, 2009, at 10:00 a.m..

It is further stipulated that the date for a Motion for Correction of the Pre-Sentence Report to be served and filed may be extended to August 3, 2009.

1

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: July 21, 2009            LAWRENCE G. BROWN
                                Acting United States Attorney


                          by    /s/ Scott N. Cameron, for
                                Russell Carlberg
                                Assistant U.S. Attorney

DATED: July 21, 2009
                          by    /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Maisha Jones

## ORDER

   Good cause appearing,

   The sentencing hearing scheduled for July 27, 2009, is continued to August 10, 2009, at 10:00 a.m.  The date for a Motion for Correction of the Pre-Sentence Report to be served and filed is extended to August 3, 2009.


   IT IS SO ORDERED.

DATED: July 21, 2009            _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE